# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:09-CR-0187 JAM

JOSE HERNANDEZ

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee: **Jose Hernandez**

Detained at (custodian): **Sacramento County Jail**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment ☐ Information ☐ Complaint
Charging Detainee With: **21 U.S.C. § 841(a)(1) & 846**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

Signature: /s/ Mary L. Grad
Printed Name & Phone No: **MARY L. GRAD**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on May 22nd, 2009, before Magistrate Judge Gregory G. Hollows, at 2 pm for arraignment, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| May 8, 2009 | /s/ John A. Mendez |
| Date | United States District Judge |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-4506748 | DOB: | 12/08/1974 |
| Facility Address: | 651 "I" Street | Race: | Hispanic |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Possession for Sale of Controlled Substances/DUI | | |

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)