TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
EDGAR MORALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE HERNANDEZ, et al,<br><br>　　　　Defendants. | No. CR-S-09-187 JAM<br><br>STIPULATION AND<br>CONTINUING STATUS CONFERENCE<br><br>Date:　August 18, 2009<br>Time:　9:30 a.m.<br>Judge:　Hon. John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Edgar Morales, Toni H. Carbone, Esq., counsel for defendant Aldo Gonzalez, Michael L. Chastaine, Esq., counsel for defendant Jose Hernandez, Arturo Hernandez, Esq., counsel for defendant Richardo Valenzuela, Caro Marks, Esq., and counsel for defendant Marvin Saenz, Dina L. Santos, Esq., that the status conference presently set for August 18, 2009 be **continued to September 29, 2009, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 29, 2009.

IT IS SO STIPULATED.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 17, 2009 | /s/ Toni H. Carbone<br>TONI H. CARBONE<br>Attorney for Defendant<br>Edgar Morales |
| Dated: August 17, 2009 | /s/ Arturo Hernandez<br>ARTURO HERNANDEZ<br>Attorney for Defendant<br>Jose Hernandez |
| Dated: August 17, 2009 | /s/ Caro Marks<br>CARO MARKS<br>Attorney for Defendant<br>Richardo Valenzuela |
| Dated: August 17, 2009 | /s/ Michael L. Chastaine<br>MICHAEL L. CHASTAINE<br>Attorney for Defendant<br>Aldo Gonzalez |
| Dated: August 17, 2009 | /s/ Dina L. Santos<br>DINA L. SANTOS<br>Attorney for Defendant<br>Marvin Saenz |
| Dated: August 17, 2009 | Lawrence Brown<br>Acting United States Attorney |
| | by: /s/ Mary L. Grad<br>MARY L. GRAD<br>Assistant U.S. Attorney |

PDF created with pdfFactory trial version www.pdffactory.com

TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
EDGAR MORALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) No. CR-S-09-187 JAM
                                     )
        Plaintiff,                   )
                                     ) ORDER TO
                                     ) CONTINUE STATUS CONFERNCE
v.                                   )
                                     )
JOSE HERNANDEZ, et al.,              )
                                     )
        Defendants.                  )
                                     )
                                     )
_____)

    GOOD CAUSE APPEARING, it is hereby ordered that the August 18, 2009 status conference be continued to September 29, 2009 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to September 29, 2009.
IT IS SO ORDERED.
Dated: 8/17/2009                          /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com