TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
EDGAR MORALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE HERNANDEZ, et al, <br><br> Defendants. | No. CR-S-09-187 JAM <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE <br><br> Date: November 17, 2009 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Edgar Morales, Toni H. Carbone, Esq., counsel for defendant Aldo Gonzalez, Michael L. Chastaine, Esq., counsel for defendant Jose Hernandez, Arturo Hernandez, Esq., counsel for defendant Richardo Valenzuela, Caro Marks, Esq., and counsel for defendant Marvin Saenz, Dina L. Santos, Esq., that the status conference presently set for November 17, 2009 be **continued to January 5, 2010, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 5, 2010.

IT IS SO STIPULATED.

1

Dated: November 12, 2009  /s/ Toni H. Carbone
TONI H. CARBONE
Attorney for Defendant
Edgar Morales

Dated: November 12, 2009  /s/ Arturo Hernandez
ARTURO HERNANDEZ
Attorney for Defendant
Jose Hernandez

Dated: November 12, 2009  /s/ Caro Marks
CARO MARKS
Attorney for Defendant
Richardo Valenzuela

Dated: November 12, 2009  /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Aldo Gonzalez

Dated: November 12, 2009  /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Marvin Saenz

Dated: November 12, 2009  Lawrence Brown
Acting United States Attorney

by:  /s/ Mary L. Grad
MARY L. GRAD
Assistant U.S. Attorney

TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
EDGAR MORALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE HERNANDEZ, et al.,

    Defendants.

No. CR-S-09-187 JAM

ORDER TO
CONTINUE STATUS CONFERNCE

GOOD CAUSE APPEARING, it is hereby ordered that the November 17, 2009 status conference be continued to January 5, 2010 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 5, 2010.

IT IS SO ORDERED.
Dated: 11-13-09

    /s/John A. Mendez
    John A. Mendez
    United States District Court Judge