```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:09-00187-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | |
| JOSE HERNANDEZ, | |
| Defendant. | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Jose Hernandez, through his undersigned counsel, Arturo Hernandez, that the status conference presently set for June 22, 2010 be **continued to June 29, 2010 at 9:30 a.m.**

Counsel anticipate that the defendant will enter a plea of guilty on that date in accordance with a written plea agreement. Counsel for the defendant is not available on June 22, 2010 due to a previously scheduled court appearance.

The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of

1

the public and the defendant in a speedy trial.  18 U.S.C. § 3161
(h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded
from June 22, 2010 through June 29, 2010.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: June 17, 2010               /s/ Mary L. Grad
                                      By: MARY L. GRAD
                                      Assistant United States Attorney


                                        /s/ Arturo Hernandez
                                        ARTURO HERNANDEZ
                                        Counsel for the Defendant



SO ORDERED.


Date: June 21, 2010               /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge