Arturo Hernandez-M., Attorney at Law; State Bar No. 108980
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167
Email: Artlawoff@aol.com

Attorney for Defendant, JOSE HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CRIMINAL NO. 2:09-cr-0187-JAM |
| ) | |
| Plaintiff, ) | ORDER |
| ) | ON MEMORANDUM REGARDING |
| ) | SENTENCING DATE |
| vs. ) | |
| ) | |
| JOSE HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

AFTER REVIEW OF THE MEMORANDUM REGARDING SENTENCING DATE, AND AFTER GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT THE SENTENCING HEARING IS CONTINUED TO THE 15th DAY OF FEBRUARY, 2011 AT 9:30 A.M. IN COURTROOM #6.

Dated: 1/12/2011          /s/ John A. Mendez
                          U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com