| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| 2 | Federal Defender<br>DAVID M. PORTER, Bar #127024 |
| 3 | Assistant Federal Defender<br>Counsel Designated for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |
| 6 | Attorneys for Defendant |
| 7 | JOSE HERNANDEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE HERNANDEZ,<br><br>  Defendant. | No. Cr. S 09-187 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, JOSE HERNANDEZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 15, 2011, this Court sentenced Mr. Hernandez to a term of 87 months imprisonment;

3. His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months;

Stipulation and Order Re: Sentence Reduction     1

4. The sentencing range applicable to Mr. Hernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Hernandez's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hernandez's term of imprisonment to 70 months.

Respectfully submitted,

Dated: March 5, 2015                                  Dated: March 5, 2015
BENJAMIN B. WAGNER                        HEATHER E. WILLIAMS
United States Attorney                             Federal Defender


/s/ *Jason Hitt*                                              /s/ *David M. Porter*
JASON HITT                                              DAVID M. PORTER
Assistant U.S. Attorney                            Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA          JOSE HERNANDEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2011 is reduced to a term of 70 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hernandez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: March 6, 2015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge