AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00187-JAM   Document 106   Filed 03/06/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:  2:09CR00187 -01 |
| | ) |
| JOSE HERNANDEZ | ) |
| | ) USM No:  18590-097 |
| Date of Original Judgment:    2/15/2011 | ) |
| Date of Previous Amended Judgment: | ) DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X the defendant    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    87    months **is reduced to**    70 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    2/22/2011    shall remain in effect.
**IT IS SO ORDERED.**

| | |
|---|---|
| Order Date:    3/6 /2015 | /s/ John A. Mendez |
| | *Judge's signature* |
| Effective Date:    11/1/2015 | John A. Mendez, U.S. District Court Judge |
| *(if different from order date)* | *Printed name and title* |